*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Alexis R. ROMAN-VILLACRES**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100338**

_____

Decided: 29 April 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Benjamin C. Robertson (arraignment)
Adam M. King (trial)

Sentence adjudged 8 September 2021 by a general court-martial convened at Marine Corps Base Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 26 months,[1] and a dishonorable discharge.

For Appellant:
*Lieutenant Commander Douglass R. Ottenwess, JAGC, USN*

---

[1] Appellant was credited with having served 53 days of pretrial confinement.

—————————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| UNITED STATES | NMCCA NO. 202100338 |
|---|---|
| v. | ENTRY OF JUDGMENT |
| **Alexis R. ROMAN-VILLACRES** Lance Corporal (E-3) U.S. Marine Corps *Accused* | *As Modified on Appeal* |
| | **29 April 2022** |

On 19 July 2021 and 8 September 2021, the Accused was tried at Marine Corps Base Camp Foster, Okinawa, Japan, by a general court-martial, consisting of a military judge sitting alone. Military Judges Benjamin C. Robertson and Adam M. King, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:**  **Violation of Article 109, Uniform Code of Military Justice, 10 U.S.C. § 909.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:**  **Damaging nonmilitary property, the amount of said damage being $1000 or less, between on or about 1 March 2020 and 1 April 2020.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge II:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

*Plea:* Not Guilty, but Guilty of the lesser included offense of Assault Consummated by a Battery, in violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.

*Finding:* Not Guilty, but Guilty of the lesser included offense of Assault Consummated by a Battery, in violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.

**Specification 1:** **Sexual Assault without consent of Lance Corporal S.R. between on or about 1 April 2020 and 1 May 2020.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 2:** **Sexual Assault without consent of Lance Corporal S.R. between on or about 15 May 2020 and 15 June 2020.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 3:** **Sexual Assault without consent of Lance Corporal R.T. on or about 3 July 2020.**

*Plea:* Not Guilty, but Guilty by exceptions and substitutions of the lesser included offense of Assault consummated by a Battery, in violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928, excepting the words "commit a sexual act upon LCpl R.T., by penetrating LCpl R.T.'s vulva with his penis, without the consent of LCpl R.T.," substituting the words, "unlawfully touch LCpl R.T.'s leg and thigh with the Accused's hand."

*Finding:* Not Guilty, but Guilty by exceptions and substitutions of the lesser included offense of Assault consummated by a Battery, in violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928, excepting the words "commit a sexual act upon LCpl R.T., by penetrating LCpl R.T.'s vulva with his penis, without the consent of LCpl R.T.," substituting the words, "unlawfully touch LCpl R.T.'s leg and thigh with the Accused's hand."

**Charge III:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:**   **Battery upon a spouse between on or about February 2020 and June 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 2:**   **Battery upon a spouse between on or about February 2020 and June 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 3:**   **Battery upon a spouse between on or about February 2020 and June 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 4:**   **Battery upon a spouse between on or about March 2020 and June 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 5:**   **Battery upon a spouse between on or about 1 March 2020 and 1 April 2020.**

*Plea:* Guilty by exceptions and substitutions, excepting the words "unlawfully striking Lance Corporal S.R. on the head with a belt," and substituting the words, "pushing Lance Corporal S.R. on the shoulder with my hand."

*Finding:* Guilty by exceptions and substitutions, excepting the words "unlawfully striking Lance Corporal S.R. on the head with a belt," and substituting the words, "pushing Lance Corporal S.R. on the shoulder with my hand."

**Specification 6:**   **Battery upon a spouse between on or about 1 May 2020 and 1 April 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 7:**   **Battery upon a spouse between on or about 1 June 2020 and 15 June 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Charge IV:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification:** **Obstructing justice on or about 15 June 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge V:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification:** **Extramarital Sexual Conduct on or about 3 July 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

## SENTENCE

On 8 September 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

> *For Specification 3 of Charge II:*
> confinement for 6 months.

> *For Specification 5 of Charge III:*
> confinement for 20 months.

> The terms of confinement will run consecutively.

**Confinement for a total of 26 months.**

**A dishonorable discharge.**

The Accused has served 15 days pretrial confinement and is additionally credited with 38 days of judicially ordered confinement credit. The Accused shall be credited with a total of 53 days of confinement already served, to be deducted from the adjudged sentence to confinement.

6



FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court